1  EMANUEL LAW
2  Sacha V. Emanuel (SBN 218705)
      svemanul@gmail.com
3  1888 Century Park East, Suite 1500
4  Los Angeles, California 90067
   Telephone:  (310) 881-6814
5  Facsimile:   (310) 881-6801

6
   Attorneys for Plaintiff
7  CONAN PROPERTIES INTERNATIONAL LLC

8
9                UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| CONAN PROPERTIES INTERNATIONAL LLC, a Delaware limited liability company,<br><br>               Plaintiff,<br><br>     vs.<br><br>ARH STUDIOS, INC., an Idaho corporation,<br><br>               Defendant. | Case No.:_____<br><br>**NOTICE OF INTERESTED PARTIES SUBMITTED BY PLAINTIFF CONAN PROPERTIES INTERNATIONAL LLC**<br><br>[Local Rule 7.1-1; Fed. R. Civ.7.1] |

- 1 -

NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiff Conan Properties International LLC ("CPI") certifies that the following listed parties have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Conan Properties International LLC, a privately held company, is wholly owned by Cabinet Licensing Inc.

2. Cabinet Licensing Inc., a privately held company, is wholly owned by Cabinet Holdings, Inc.

3. Cabinet Holdings, Inc. is a privately held company with no parent company.

Dated: July 18, 2016

By: *Sacha V. Emanuel* _____
Sacha V. Emanuel, Esq.
Attorneys for Plaintiff Conan Properties International LLC