EMANUEL LAW FIRM
Sacha V. Emanuel (State Bar No. 218705)
*semanuel@emanuel.law*
Raphael B. Emanuel (State Bar No. 218755)
*remanuel@emanuel.law*
1875 Century Park East, Suite 2150
Los Angeles, California 90067
Telephone: (310) 881-6814
Facsimile: (310) 881-6801

Attorneys for Plaintiff
Conan Properties International LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONAN PROPERTIES INTERNATIONAL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ARH STUDIOS, INC., an Idaho corporation,<br><br>Defendant. | Case No.: CV16-05284 CBM SK<br><br>**PERMANENT INJUNCTION [66]** |

1. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and § 1338(a) and (b) as well as 15 U.S.C. § 1121.

2. The Court has personal jurisdiction over ARH.

3. On or around February 11, 2014, ARH entered into a License Agreement (the "License Agreement") with Frazetta Jr. Enterprises, LLC ("FJE").

4. Pursuant to the License Agreement, FJE purported to license ARH the right to use certain artwork in connection with the manufacture of statues and other products.

5. In the License Agreement, FJE represented ownership of the exclusive rights to all intellectual property rights related to the artwork purportedly licensed to ARH.

6. One of the items of artwork included within the License Agreement was the painting (the "Work") which appeared as cover art for the 1966 book *Conan the Adventurer* which was published by Lancer Books. A true and correct copy of the cover of the book is attached hereto as Exhibit A.

7. Prior to publishing *Conan the Adventurer*, Lancer commissioned artist Frank Frazetta ("Frazetta") to paint the cover art for the book.

8. Frazetta painted the Work as cover art for *Conan the Adventurer*.

///

9. The painting on which the cover art was based was painted as cover art for *Conan the Adventurer* and not as a standalone piece of fine art.

10. The painting on which the cover art was based depicts the character *Conan*.

11. In reliance upon the representations of FJE's ownership of the intellectual property rights to the Work in the License Agreement, ARH used the Work as the basis for the statue at issue in this action, which is the statue referred to and distributed by ARH as the *Frazetta Barbarian* (the "Statue").

12. ARH recognizes all of CPI's rights and interest in and to the Conan Property which includes, the name, character, symbol, design, likeness and visual representation of the character *Conan* or *Conan the Barbarian* and trademarks, service marks, copyrights, logos, designs, symbols, ideas and other elements and intellectual properties comprising or associated with such characters (the "Property").

13. The Statue was a derivative work based on the Property.

14. ARH shall be hereafter enjoined from, and shall cease, desist, and refrain from, creating, designing, manufacturing, promoting, advertising, selling, offering for sale, and distributing any product using the Property except by license from Plaintiff.

15. ARH shall be hereafter enjoined from, and shall cease, desist, and refrain from, creating, designing, manufacturing, promoting, advertising, selling, offering for sale, and distributing any copies of the Statue.

16. ARH shall be hereafter enjoined from, and shall cease, desist, and refrain from, creating, designing, manufacturing, promoting, advertising, selling, offering for sale, and distributing any products based upon or derived from the Work.

17. The Parties have resolved CPI's claims that ARH infringed its copyrights and trademarks in the Conan Property by a settlement agreement which will remain confidential provided that the Parties comply with the terms thereof.

18. The action is dismissed with prejudice.

19. The court will retain jurisdiction to enforce the injunction if necessary.

20. Each party shall bear its own attorney's fees and costs in connection with this Action except as set forth in the settlement agreement.

IT IS SO ORDERED.

Dated: June 18, 2018

Hon. Consuelo B. Marshall
U.S. DISTRICT JUDGE

///
///
///

PRESENTED BY:

EMANUEL LAW FIRM

By:/s/
Sacha V. Emanuel
Raphael B. Emanuel
Attorneys for Plaintiff Conan
Properties International LLC

ROPERS MAJESKI KOHN &
BENTLEY

By: /s/
Kevin W. Isaacson
Attorneys for Defendant ARH
Studios, Inc.